## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

JAMES McCLELLON,
    Plaintiff,

vs.

TRANS UNION, LLC and
PRIZM FINANCIAL COMPANY, LLC,
    Defendants.

CASE NO. 3:19-cv-00174-WHR

Judge Walter H. Rice

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY

The Court, having reviewed the Stipulation of Dismissal, Doc. #11, signed by counsel for Plaintiff, James McClellon, and counsel for Defendant, Trans Union, LLC, and having been duly advised, hereby orders that all claims of Plaintiff, James McClellon, against Defendant, Trans Union, LLC, are dismissed with prejudice. Plaintiff, James McClellon and Defendant, Trans Union, LLC, shall each bear their own costs and attorneys' fees.

Plaintiff's litigation against Prizm Financial Company, LLC, is unaffected by this Order. That litigation is ongoing.

Date: 10-16-19

_____
Honorable Walter H. Rice